IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| BOB STOUT CONSTRUCTION CO., INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v | ) ) | |
| TOWN OF MARSHALL, NORTH CAROLINA, | ) ) ) | CIVIL NO. 1:07-CV-100 |
| Defendants. | ) ) | |

## ORDER

**THIS MATTER** is before the court upon the plaintiff's motions for admission *pro hac vice* (#13) (#14) of Gregory L. Cashion and Robert J. Carter of the law firm of Smith Cashion and Orr, PLC, 231 3rd Avenue North, Nashville, TN 37201, to appear as counsel for the plaintiff in this matter filed on May 4, 2007. .

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that plaintiff's motions are **ALLOWED**, and that Gregory L. Cashion and Robert J. Carter are hereby granted special admission to the bar of this court, after payment of the admission fees having been paid to the Clerk of this court.

Signed: May 8, 2007

_____
Dennis L. Howell
United States Magistrate Judge