# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:07cv100

| | |
|---|---|
| BOB STOUT CONSTRUCTION CO., INC., ) | |
| ) | |
|         Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| TOWN OF MARSHALL, NORTH CAROLINA, ) | |
| ) | |
|         Defendant and ) | |
|         Third-Party Plaintiff, ) | |
| ) | |
| Vs. ) | |
| ) | |
| CLARK & ASSOCIATES, INC., and G. CECIL CLARK, ) | |
| ) | |
|         Third-Party Defendants. ) | |

**THIS MATTER** is before the court on the joint Motion for Stay. Having considered the joint motion and reviewed the pleadings, and it appearing that the parties have agreed on completion of performance, state inspection, and payment - - which, if successful, may resolve this case - - the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the joint Motion for Stay (#50) is **GRANTED,** and all remaining deadlines contained in the Pretrial Order are **STAYED** until April 14, 2008, such stay shall automatically lift on such day, and the parties shall file a status report not later than April 15, 2008.

Signed: January 16, 2008

Dennis L. Howell
United States Magistrate Judge