# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:07cv100

| | |
|---|---|
| BOB STOUT CONSTRUCTION CO., INC., )<br>)<br>Plaintiff, )<br>)<br>Vs. )<br>)<br>TOWN OF MARSHALL, NORTH CAROLINA, )<br>)<br>Defendant and )<br>Third-Party Plaintiff, )<br>)<br>Vs. )<br>)<br>CLARK & ASSOCIATES, INC., and G. CECIL CLARK, )<br>)<br>Third-Party Defendants. )<br>_____ ) | ORDER |

**THIS MATTER** is before the court on the joint Motion to Enlarge Stay. Review of the timely filed status report reveals that the parties and respective counsel have shepherded this matter in a manner which is likely to result in a resolution satisfactory to all parties, and that the completion work accomplished is awaiting approval from regulatory authorities. Counsel are to be commended. Having

considered the joint motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the joint Motion to Enlarge Stay (#52) is **GRANTED,** and all remaining deadlines contained in the Pretrial Order are **STAYED** until June 14, 2008, and such stay shall automatically lift on such day, and the parties shall file a status report not later than June 15, 2008, or an appropriate document dismissing this action.

Signed: April 16, 2008

Dennis L. Howell
United States Magistrate Judge