**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:07cv100**

| | |
|---|---|
| BOB STOUT CONSTRUCTION CO., INC., ) ) | |
| Plaintiff, ) ) | |
| Vs. ) ) | ORDER |
| TOWN OF MARSHALL, NORTH CAROLINA, ) ) ) ) | |
| Defendant and ) Third-Party Plaintiff, ) ) | |
| Vs. ) ) | |
| CLARK & ASSOCIATES, INC., and G. CECIL CLARK, ) ) ) | |
| Third-Party Defendants. ) ) ) | |

**THIS MATTER** is before the court on the joint Motion to Enlarge Stay. Review of the timely filed status report reveals that the parties and respective counsel are simply awaiting a response from a state agency to ensure that the work meets state requirements. Despite best efforts, the state has not yet responded to their requests. While the request will be allowed, respective counsel are respectfully requested to try

all methods of getting the state regulatory agency's attention inasmuch as this action is quickly becoming one of the older matters on the district court's docket.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the joint Motion to Enlarge Stay (#56) is **GRANTED,** and all remaining deadlines contained in the Pretrial Order are **STAYED** until September 14, 2008, and such stay shall automatically lift on such day, and the parties shall file a status report not later than September 15, 2008, or an appropriate document dismissing this action.

Signed: June 16, 2008

Dennis L. Howell
United States Magistrate Judge