# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:07cv100

| | |
|---|---|
| BOB STOUT CONSTRUCTION CO., INC., ) ) | |
|       Plaintiff, ) ) | |
| Vs. ) ) | ORDER |
| TOWN OF MARSHALL, NORTH CAROLINA, ) ) ) | |
|       Defendant and ) Third-Party Plaintiff, ) ) | |
| Vs. ) ) | |
| CLARK & ASSOCIATES, INC., and G. CECIL CLARK, ) ) ) | |
|       Third-Party Defendants. ) ) ) | |

**THIS MATTER** is before the court on the joint Motion to Enlarge Stay. Review of the timely filed status report reveals that the parties and respective counsel are awaiting completion of punch list items, including connections, after inspection from a state agency. The parties anticipate such work can be completed promptly and that the town can then pay the contractor for completed work.

## ORDER

**IT IS, THEREFORE, ORDERED** that the joint Motion to Enlarge Stay (#58) is **GRANTED,** and all remaining deadlines contained in the Pretrial Order are **STAYED** until October 14, 2008, and such stay shall automatically lift on such day, and the parties shall file a status report not later than October 14, 2008, or an appropriate document dismissing this action.

Signed: September 15, 2008

Dennis L. Howell
United States Magistrate Judge