# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL CASE NO. 1:07cv100

| | |
|---|---|
| BOB STOUT CONSTRUCTION CO., INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>TOWN OF MARSHALL, NORTH CAROLINA, )<br>)<br>Defendant and )<br>Third-Party Plaintiff, )<br>)<br>vs. )<br>)<br>CLARK & ASSOCIATES, INC., and )<br>G. CECIL CLARK, )<br>)<br>Third-Party Defendants. )<br>_____) | <u>O R D E R</u> |

**THIS MATTER** is before the Court *sua sponte*.

On October 14, 2008, the Court entered pretrial deadlines, ordering mediation to occur on or before November 7, 2008 [Doc. 63]. However, there is no report in the record regarding the parties' mediation.

**IT IS, THEREFORE, ORDERED** that the parties shall provide a status report within 10 days of the entry of this Order advising the Court of the result of the parties' mediation.

Signed: November 19, 2008

Martin Reidinger
United States District Judge